### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**TIMOTHY CARR**                                                                  **PETITIONER**

**VERSUS**                                           **CIVIL ACTION NO. 3:07cv56DPJ-JCS**

**BETTY W. SEPTON, et al.**                                                   **RESPONDENTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice for this Court's lack of jurisdiction.

**SO ORDERED AND ADJUDGED** this the 12th day of February, 2007.

> s/ *Daniel P. Jordan III*
> UNITED STATES DISTRICT JUDGE